Motion DENIED.
This the 6th day of May, 2013.
/s/Louise W. Flanagan, U.S. District Judge

FILED
APR 19 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ NC _____ DEP CLK

To: Honorable Judge Louise Flanagan
US Courthouse
413 Middle St, New Bern, NC 28560, 252-638-8534

From: Nancy Smith, Case Number: 5:12-CR-264-1FL
Inmate Number #56128-056
F.P.C. Bryan, TX 77805; P.O. Box 2149

Subject: Denied Entry into Drug and Alcohol Program

Date: 15 April 2013

Maam,

I am writing to give you an update on some of the programs you recommended for me. One of the recommended programs, Drug and Alcohol Abuse Treatment Program, was denied for me to attend. (A copy of the document is enclosed.) However, I did self-enroll in: Non-Residential Drug and Alcohol Classes, Freedom From Drugs and Alcohol classes; and within two months of my sentence I enrolled and successfully completed two self help ~~classes~~ classes: "Good Intensions, Bad Choices" and "Self Esteem." (Copies of both certificates are enclosed)

However, since I am not eligible for the Drug and Alcohol Program,